IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Hernandez-Reyes,<br><br>  Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>  Defendant. | No. CV-05-3261-PHX-FJM<br><br>**ORDER** |

The court has before it the Report and Recommendation of the United States Magistrate Judge (doc. 7), recommending that plaintiff's complaint be dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P. No objection to the Report and Recommendation was filed.

The court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 72(b), Fed. R. Civ. P. Accordingly, **IT IS ORDERED DISMISSING** plaintiff's complaint without prejudice (doc. 1).

DATED this 27th day of June, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge